ROBERT S. HUDSPETH, trustee, et al., appellants,

*v.*

HENRY M. DENTON et al., respondents.

[Argued June 17th, 1913.   Decided October 16th, 1913.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Garrison, whose opinion is reported *ante p. 281.*

*Messrs. Hudspeth, Rysdyk & Garrison,* for the appellants.

*Messrs. Vredenburgh, Wall & Carey,* for the respondents.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Garrison.

*For affirmance*—THE CHIEF-JUSTICE, SWAYZE, TRENCHARD, KALISCH, VREDENBURGH, CONGDON, TERHUNE—7.

*For reversal*—GARRISON, PARKER, WHITE, HEPPENHEIMER —4.